Victor Manuel Briseno GODINEZ, Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–74520.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 13, 2010.

Gregory John Olive, Esquire, Gregory J. Olive, Esq., Los Angeles, CA, for Petitioner.

Katharine Clark, Esquire, Russell John Verby, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Victor Manuel Briseno Godinez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA did not abuse its discretion when it denied Briseno Godinez's motion to reopen because he failed to voluntarily depart during his voluntary departure period, and is therefore ineligible for cancellation of removal. *See* 8 U.S.C. § 1229c(d)(1); *cf. Matter of Zmijewska*, 24 I. & N. Dec. 87, 94 (BIA 2007).

We need not address Briseno Godinez's remaining contentions, as they are foreclosed by his ineligibility for relief.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.